UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

HUBFUL VENTURE CONSULTING, et al.,

    Plaintiffs,

v.

NTS COMMUNICATIONS, LLC, et al.,

    Defendants.

No. 5:23-CV-066-H-BV

## FINAL JUDGMENT

For the reasons stated in the Court's Order adopting the Magistrate Judge's findings, conclusions, and recommendation to dismiss for lack of subject-matter jurisdiction, Dkt. No. 12, it is hereby ORDERED, ADJUDGED, and DECREED that:

The plaintiff's claims against the defendant are dismissed without prejudice.

The Clerk of Court is directed to close the case.

So ordered on December 5, 2024.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE